# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY             LT            DEPUTY

January 16, 2008

Clerk, U.S. District Court
Middle District of Tennessee
801 Broadway
Nashville, TN

BLM

Re:   07mj2866, USA v. Riley

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

|     | Docket Sheet |     | Warrant of Removal |
| --- | --- | --- | --- |
|     | Complaint |     | Order of Removal |
|     | Minute Order Appointing Counsel |     | Detention Order |
|     | Corporate Surety Bond |     | Waiver of Removal |
|     | Personal Surety Bond |     |     |
| X   | Other       Supplemental Bond |     |     |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____
, Deputy Clerk

**RECEIVED**
IN CLERK'S OFFICE

JAN 2 2 2008

**U.S. DISTRICT COURT
MID. DIST. TENN.**